FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 10, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VIKKI LYNNE BUTLER and JAMES ALAN BUTLER,<br><br>                    Plaintiffs,<br><br>        v.<br><br>ETHICON, INC., and JOHNSON & JOHNSON,<br><br>                    Defendants. | No.   4:20-cv-05137-SMJ<br><br>**ORDER DISMISSING CASE** |

On November 10, 2021, the parties filed a stipulated dismissal, ECF No. 33. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED**:

   **1.**   The parties' Joint Stipulation of Dismissal with Prejudice, **ECF No. 33**, is **GRANTED**.

   **2.**   All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorney fees.

   **3.**   All pending motions are **DENIED AS MOOT**.

   **4.**   All hearings and other deadlines are **STRICKEN**.

//

ORDER DISMISSING CASE – 1

//

//

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 10th day of November 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE – 2